**Ramiro HERNANDEZ–BELTRAN, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–72651.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

Filed Feb. 26, 2010.

Ramiro Hernandez–Beltran, Pomona, CA, pro se.

Richard M. Evans, Esquire, Assistant Director, OIL, Andrew Jacob Oliveira, Esquire, Trial, Stacy Stiffel Paddack, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

### MEMORANDUM **

Ramiro Hernandez–Beltran, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Lara–Torres v. Ashcroft*, 383 F.3d 968, 972 (9th Cir.2004), *amended by* 404 F.3d 1105 (9th Cir.2005), we deny the petition for review.

The BIA did not abuse its discretion in denying Hernandez–Beltran's motion as untimely where the motion was filed more than 18 months after the BIA's final administrative order. *See* 8 C.F.R. § 1003.2(c)(2).

**PETITION FOR REVIEW DENIED.**

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.